UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTRANIK KHAJARIAN, | ) | NO. CV 09-00096 ODW (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) | |
| TIM VIRGA, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 22, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE